UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-336 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KYLE DUANE THOMPSON,<br>Defendant,<br>and<br>SLATE CEMENT,<br>Garnishee. | ) | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Kyle Duane Thompson, Social Security Number, XXX-XX-2554, with the last known address of XXXXXX, Elko, MN 55020.

The judgment was entered on April 9, 2003, for monetary impositions. The judgment was entered in the amount of $188,914.37.

As of February 26, 2008, after applying payments, if any, the balance on this judgment debt was $168,709.46 in principal and costs.

SCANNED
MAR 04 2008
U.S. DISTRICT COURT MPLS

SRN 3-3-08
Writ Issued 3-4-08

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Slate Cement, 26148 Newton Circle, Elko, MN 55020

Dated: February 29, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Tripp

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600