UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-336 DSD/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE DUANE THOMPSON,

Defendant,

TCF BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 13, 2008, is hereby released.

Dated: April 18, 2008

s/Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge